UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTIN P. GUELMINE,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. C16-707-RSL-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff appeals the denial of her application for disability benefits. Dkt. 1. The parties stipulate that the case should be dismissed without prejudice because the Appeals Council has vacated its decision and remanded the case to the ALJ. Dkt. 8. The Court has considered the stipulation and the record and recommends the case be **DISMISSED** without prejudice.

Because the parties have stipulated that the case be dismissed as set forth above, the Court recommends that United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation and order the case **DISMISSED** without prejudice. A proposed order accompanies this Report and Recommendation.

DATED this 25th day of July, 2016.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 1